UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENTA SETTLES | ) | CASE NO. 1:20-cv-01288 |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| vs. | ) | |
| | ) | |
| PATROLMAN MICHAEL MALAK, *et al.*, | ) | **PLAINTIFF'S NOTICE OF MANUAL** |
| | ) | **FILING OF EXHIBIT 1 TO COMPLAINT** |
| Defendants. | ) | |

Now comes Plaintiff Kenta Settles, by and through undersigned counsel, and hereby gives notice of the manual filing of police body camera video footage on disc as **Exhibit 1** in support of Plaintiff's Complaint and which is incorporated therein.

*/s/ Jeremy A. Tor*
DENNIS LANSDOWNE (Ohio Bar No. 0026036)
NICHOLAS A. DICELLO (Ohio Bar No. 0075745)
JEREMY A. TOR (Ohio Bar No. 0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF System.

/s/ Jeremy A. Tor
DENNIS LANSDOWNE (Ohio Bar No. 0026036)
NICHOLAS A. DICELLO (Ohio Bar No. 0075745)
JEREMY A. TOR (Ohio Bar No. 0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

***Counsel for Plaintiff***



KENTA SETTLES     1:20-cv-01288
Plaintiff,

vs.

PATROLMAN MICHAEL MALAK, *et al.*,
Defendants.

**EXHIBIT 1 TO COMPLAINT**