UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 12 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| KENTA SETTLES | ) | CASE NO. 1:20-cv-01288 |
| Plaintiff, | ) ) | JUDGE |
| vs. | ) ) | |
| PATROLMAN MICHAEL MALAK, *et al.*, | ) ) | |
| Defendants. | ) | |

### EXHIBIT 1 TO COMPLAINT (Doc. #1)

### POLICE BODY CAMERA VIDEO FOOTAGE ON DISC

_____
DENNIS LANSDOWNE (Ohio Bar No. 0026036)
NICHOLAS A. DICELLO (Ohio Bar No. 0075745)
JEREMY A. TOR (Ohio Bar No. 0091151)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*dlansdowne@spanglaw.com*
*ndicello@spanglaw.com*
*jtor@spanglaw.com*

*Counsel for Plaintiff*



KENTA SETTLES
Plaintiff,

1:20-cv-01288

vs.

PATROLMAN MICHAEL MALAK, *et al.*,
Defendants.

**EXHIBIT 1 TO COMPLAINT**