

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIEUTENANT TODD VARGO
Garfield Heights Police Department
5555 Turney Road
Garfield Heights, OH 44125

9590 9402 5039 9092 2353 19

2. Article Number (Transfer from service label)

7014 1820 0002 3725 3045

PS Form 3811, July 2015 PSN 7530-02-000-9053   20-1288   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M[all]A_  ☐ Agent ☐ Addressee

B. Received by (Printed Name): MARK ASIKO
C. Date of Delivery: 6-23-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

---

USPS TRACKING #

9590 9402 5039 9092 2353 19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box●

Sandy Opacich, Clerk of Court
U.S.D.C., Northern District of OH
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Case No. 1:20-cv-01288