| SENDER: *COMPLETE THIS SECTION* | COMPLETE *THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* MARK SILOW  C. Date of Delivery 6-23-2020 |
| 1. Article Addressed to:<br>CITY OF GARFIELD HEIGHTS<br>c/o Tim Riley, Law Director<br>5407 Turney Road<br>Garfield Heights, OH 44125 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| [barcode]<br>9590 9402 5818 0034 9467 29 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7014 1820 0002 3725 3052 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053  20-1288 | Domestic Return Receipt |



USPS TRACKING #

9590 9402 5818 0034 9467 29

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

Sandy Opacich, Clerk of Court
U.S.D.C., Northern District of OH
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

**Case No. 1:20-cv-01288**