## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KENTA SETTLES, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:20-cv-01288 |
| | ) |
| v. | ) |
| | ) JUDGE DONALD C. NUGENT |
| MICHAEL MALAK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Now come the undersigned and hereby notify the Court and parties of the entry of appearance of Daniel J. Rudary, Esq., Justin M. Lovdahl, Esq., Robert A. Hager, Esq., and Timothy J. Riley, Esq. as counsel of record for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights in the above-captioned matter.  Please serve all future notices and process upon the undersigned.

Dated: June 29, 2020                     Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
Justin M. Lovdhal (0096958)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:          (330) 253-5060
Fax:             (330) 253-1977
E-mail:         djrudary@bmdllc.com
                     jmlovdahl@bmdllc.com

Robert A. Hager (0040196)
**BRENNAN, MANNA & DIAMOND, LLC**
200 Public Square, Ste. 3270
Cleveland, OH 44114
Telephone: (216) 658-2155
Facsimile: (216) 658-2156
Email: rahager@bmdllc.com

Timothy J. Riley (0042007)
Office of the Law Director
City of Garfield Heights
5407 Turney Road
Garfield Heights, OH 44125
Telephone: (216) 475-0824
Facsimile: (216) 475-1124
Email: triley@garfieldhts.org

*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Daniel J. Rudary*
*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

4820-2786-5537, v. 1