# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KENTA SETTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:20-cv-01288 |
| v. | ) |
| | ) |
| MICHAEL MALAK *et al.*, | ) JUDGE DONALD C. NUGENT |
| | ) |
| Defendants. | ) |
| | ) |

## JURY DEMAND OF COUNTERCLAIM PLAINTIFFS MICHAEL MALAK AND ROBERT PITTS

Defendants and Counterclaim Plaintiffs Patrolman Michael Malak ("Ptl. Malak") and Patrolman Robert Pitts ("Ptl. Pitts"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 38(b), hereby demand trial by jury on their Counterclaim against Plaintiff and Counterclaim Defendant Kenta Settles. Ptl. Malak and Ptl. Pitts demand a jury trial on all issues raised in their Counterclaim that are so triable.

Dated: July 15, 2020  Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
Justin M. Lovdahl (0096958)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH 44308
Phone: (330) 253-5060
Fax: (330) 253-1977
E-mail: djrudary@bmdllc.com
jmlovdahl@bmdllc.com

Robert A. Hager (0040196)
**BRENNAN, MANNA & DIAMOND, LLC**
200 Public Square, Ste. 3270
Cleveland, OH 44114
Telephone: (216) 658-2155

    Facsimile: (216) 658-2156
    Email:  rahager@bmdllc.com

    Timothy J. Riley (0042007)
    Office of the Law Director
    City of Garfield Heights
    5407 Turney Road
    Garfield Heights, OH 44125
    Telephone: (216) 475-0824
    Facsimile: (216) 475-1124
    Email:  triley@garfieldhts.org

    *Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Daniel J. Rudary*
*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

4846-2745-9267, v. 1