UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE **JUDGE DONALD C. NUGENT** ON **JULY 29, 2020**
JUDICIAL OFFICER

Settles, Plaintiff(s),
v.
Malak, et al., Defendant(s).

CASE NO. **1**:20 CV **1288**

JUDGE: DONALD C. NUGENT

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE? YES ☐ NO ☒

TRACK DESIGNATION:
Administrative ☐   Expedited ☐   Standard ☒   Complex ☐   Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: Document exchange - several depo's + probable experts.

DISCOVERY CUT OFF DATE: 1/21/21

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 11/20/20 @ 9:00AM

NOTES: CMC held w/ all counsel participating by phone. Planning rpt. filed. Excessive force claim. Def. deny liability + there are counterclaims by some Defs for assault + Battery, etc.

Length of Proceeding: 25 min

Donald C. Nugent 7/29/20
DISTRICT JUDGE