# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KENTA SETTLES, | ) | |
| | ) | |
| *Plaintiff*, | ) | CASE NO.: 1:20-cv-01288 (Lead Case) |
| | ) | 1:20-cv-01631 |
| v. | ) | |
| | ) | |
| MICHAEL MALAK, *et al.*, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| *Defendant*s. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF KENTA SETTLES

Defendants, Patrolman Michael Malak, Patrolman Robert Pitts, Patrolman Brian Regovich, Patrolman Rob Jarzembak, Sergeant William Gall, Lieutenant Todd Vargo, and the City of Garfield Heights, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, hereby give notice that they will take the stenographic and videotape deposition of Plaintiff Kenta Settles on Thursday November 5, 2020, at 10:00 a.m., at the offices of Spangenberg Shibley & Liber LLP, 1001 Lakeside Ave. E., Ste. 1700, Cleveland, OH 44114.

Dated: October 14, 2020

Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
Justin M. Lovdahl (0096958)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH 44308
Phone:     (330) 253-5060
Fax:          (330) 253-1977
E-mail:     djrudary@bmdllc.com
                  jmlovdahl@bmdllc.com

        Robert A. Hager (0040196)
**BRENNAN, MANNA & DIAMOND, LLC**
200 Public Square, Ste. 3270
Cleveland, OH 44114
Telephone:   (216) 658-2155
Facsimile:    (216) 658-2156
Email:        rahager@bmdllc.com

Timothy J. Riley (0042007)
Office of the Law Director
City of Garfield Heights
5407 Turney Road
Garfield Heights, OH 44125
Telephone:   (216) 475-0824
Facsimile:    (216) 475-1124
Email:        triley@garfieldhts.org

*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                        /s/ *Daniel J. Rudary*
*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

4823-6959-5598, v. 1