# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KENTA SETTLES, | ) |
| | ) |
| *Plaintiff*, | ) CASE NO.: 1:20-cv-01288 (Lead Case) |
| | )                 1:20-cv-01631 |
| v. | ) |
| | ) |
| MICHAEL MALAK, *et al.*, | ) JUDGE DONALD C. NUGENT |
| | ) |
| *Defendant*s. | ) |

## PROOF OF SERVICE OF SUBPOENA TO JEFF TRIMBLE

Defendants, Patrolman Michael Malak, Patrolman Robert Pitts, Patrolman Brian Regovich, Patrolman Rob Jarzembak, Sergeant William Gall, Lieutenant Todd Vargo, and the City of Garfield Heights, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 45(b)(4), hereby file proof of service of the subpoena to appear and testify at deposition served by Defendants on non-party Jeff Trimble, residing at 9110 Macomb Ave., Cleveland, OH 44105, by Process Server Raymond Andrews, Jr. on December 5, 2020. A return copy of the subpoena with executed affidavit of service is attached hereto as **Exhibit A**.

Dated: December 8, 2020

Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
Justin M. Lovdahl (0096958)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:       (330) 253-5060
Fax:            (330) 253-1977
E-mail:       djrudary@bmdllc.com
                    jmlovdahl@bmdllc.com

Robert A. Hager (0040196)
**BRENNAN, MANNA & DIAMOND, LLC**
200 Public Square, Ste. 3270
Cleveland, OH 44114
Telephone: (216) 658-2155
Facsimile: (216) 658-2156
Email: rahager@bmdllc.com

Timothy J. Riley (0042007)
Office of the Law Director
City of Garfield Heights
5407 Turney Road
Garfield Heights, OH 44125
Telephone: (216) 475-0824
Facsimile: (216) 475-1124
Email: triley@garfieldhts.org

*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>    /s/ *Daniel J. Rudary*
>    *Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

4836-2095-4068, v. 1