Case No. 21-4017/21-4038/21-4040

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

KENTA SETTLES

       Plaintiff - Appellee [21-4017] Cross-Appellant [21-4038 & 21-4040]

v.

PATROLMAN MICHAEL MALAK; PATROLMAN ROBERT PITTS

       Defendants - Appellants [21-4017] Cross-Appellees [21-4038 & 21-4040]

PATROLMAN BRIAN REGOVICH; PATROLMAN ROB JARZEMBAK; LIEUTENANT TODD VARGO

       Defendants - Appellants [21-4017] Cross-Appellees [21-4038]

and

CITY OF GARFIELD HEIGHTS, OH

       Defendant Appellee [21-4040]

    In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

    It is **ORDERED** that these cases are dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                             **ENTERED PURSUANT TO RULE 33,**
                             **RULES OF THE SIXTH CIRCUIT**
                             Deborah S. Hunt, Clerk

Issued: July 13, 2023