# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KENTA SETTLES, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:20-cv-01288 |
| | ) |
| v. | ) |
| | ) JUDGE DONALD C. NUGENT |
| MICHAEL MALAK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Parties, by and through their undersigned counsel of record and pursuant to Fed. R. Civ. P. 41(a)(2), respectfully move this Honorable Court for an order dismissing the above-captioned matter with prejudice. For cause, the Parties state that they have entered into a full and final settlement resolving the claims asserted by and between them in this matter. The Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

Dated: July 15, 2023

Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:      (330) 253-5060
Fax:           (330) 253-1977
E-mail:      djrudary@bmdllc.com

*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, and Todd Vargo*

-and-

/s/ *Jeremy A. Tor (with consent)*
Jeremy A. Tor (0091151)
Nicholas A. DiCello (0075745)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Phone: (216) 696-3232
Fax: (216) 696-3924
Email: jtor@spanglaw.com
ndicello@spanglaw.com

*Counsel for Plaintiff Kenta Settles*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a)(1)(C), the undersigned hereby certifies that on the 15th day of July 2023 the foregoing *Joint Motion to Dismiss* was served by electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) upon the following parties and counsel of record:

Nicholas A. DiCello, Esq.
Jeremy A. Tor, Esq.
Spangenberg, Shibley & Liber
1001 Lakeside Ave., Ste. 1700
Cleveland, OH 44114
ndicello@spanglaw.com
jtor@spanglaw.com

*Counsel for Plaintiff Kenta Settles*

/s/ *Daniel J. Rudary*
*Counsel for Defendants Michael Malak, Robert Pitts, Brian Regovich, Rob Jarzembak, William Gall, Todd Vargo, and the City of Garfield Heights*

4867-5295-9088, v. 1